# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:10-cr-0356-LDG-LRL |
| v. | **ORDER** |
| JEANNIE SUTHERLAND, et al, | |
| Defendant. | |

The government has filed objections to defendant Sutherland's expert report of Thomas Tarter (#198, response #203, reply #204). The briefs raise sufficient grounds to conduct a hearing on whether Tarter's proposed testimony is admissible under Fed. R. Evid. 702, whether its probative value is outweighed by the risk of waste of time and jury confusion, and whether Tarter's opinion is reliable under the standards of Daubert v. Merrell Dow Pharmaceuticals, Inc., 509 U.S.579 (1993). Accordingly,

THE COURT HEREBY ORDERS that a hearing on these matters be conducted in Courtroom 6B on the 18th day of January, 2012, at 11:00 a.m.

DATED this 10 day of January, 2012.

_____
Lloyd D. George
United States District Judge