1
2
3
4
5
6                    **UNITED STATES DISTRICT COURT**

7                          **DISTRICT OF NEVADA**

8    UNITED STATES OF AMERICA,              )
                                            )
9                  Plaintiff,               )
                                            )
10         v.                               )        2:10-CR-356-LDG (VCF)
                                            )
11   JEANNIE SUTHERLAND,                    )
                                            )
12   _____Defendant._____ )

13                        **ORDER OF FORFEITURE**

14         On February 2, 2012, defendant JEANNI E SUTHERLAND was found guilty by a jury,

15   convicting her in Count One with Conspiracy to Commit Wire Fraud, Mail Fraud, and Bank Fraud,

16   in violation of Title 18, United States Code, Sections 1341, 1343, 1344(1) and (2), and 1349, and

17   in Count Three with Bank Fraud and Aiding and Abetting, in violation of Title 18, United States

18   Code, Section 1344(1) and (2).

19         This Court find s that JEANNIE SUTHERLAND shall pay a crim inal forfeiture m oney

20   judgment of $965,000.00 in United States Currency t o the United States of America, pursuant to

21   Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, Unite d States Code, Section 981(a)(1)(C) and Title 28,

22   United States Code, Section 2461(c); Title 18, Unite d States Code, Section 982(a)(2)(A); and Title

23   21, United States Code, Section 853(p).

24   . . .

25   . . .

26   . . .

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from JEANNIE SUTHERLAND a criminal forfeiture money judgment in the amount of $965,000.00 in United States Currency.

DATED this _____9_____ day of _____February_____, 2012.


_____
UNITED STATES DISTRICT JUDGE