**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KELLY NUNES, )<br>)<br>Defendant. ) | 2:10-CR-356-LDG (VCF) |

**ORDER OF FORFEITURE**

On February 2, 2012, defendant KELLY NUNES was found guilty by a jury, convicting him in Count One with Conspiracy to Commit Wire Fraud, Mail Fraud, and Bank Fraud, in violation of Title 18, United States Code, Sections 1341, 1343, 1344(1) and (2), and 1349, and in Count Three with Bank Fraud and Aiding and Abetting, in violation of Title 18, United States Code, Section 1344(1) and (2).

This Court finds that KELLY NUNES shall pay a criminal forfeiture money judgment of $965,000.00 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

. . .

. . .

. . .

1 THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from KELLY NUNES a criminal forfeiture money judgment in the amount of $965,000.00 in United States Currency.

DATED this 9 day of Feb, 2012.

_____
UNITED STATES DISTRICT JUDGE