# HUNTERTON & ASSOCIATES

Attorneys at Law
627 So. 7th St.
LAS VEGAS, NEVADA 89101

C. STANLEY HUNTERTON*

* ALSO LICENSED IN NEW YORK

TELEPHONE: (702) 388-0098
FACSIMILE: (702) 388-0361

March 20, 2012

Kelli C. Morgan
United States Probation Officer
300 So. Las Vegas Blvd. So., Ste. 1200
Las Vegas, NV 89101

Re.: *U.S. v. Williams*, 2:10-cr-00356-LDG-LRL

Dear Ms. Morgan:

We received your probation report on John J. "Jack" Williams on March 19, 2012. The report calls for a response not later than March 29, 2012.

I have a trial commencing before Judge Navarro on March 27, 2012. This trial will last that week and probably into the following week. Therefore, it is impossible to get our comments, objections, etc. to you on March 29, 2012.

May I respectfully suggest that the earliest I can get our comments and objections to you would be Friday, April 6, 2012. Since the sentencing is not until April 19, 2012, this leaves a 13 day turnaround time.

If you or Judge George feels that this is insufficient, then I would respectfully suggest that we postpone the sentencing date for a week or two.

Thank you for your consideration.

Sincerely,

HUNTERTON & ASSOCIATES

C. Stanley Hunterton

CSH/jma

cc: The Honorable Lloyd D. George
    Brian Young, Esq. (via email)

ORDER

IT IS SO ORDERED.

DATED this 27 day of March, 2012.

Lloyd D. George
Sr. U.S. District Judge