____FILED ____RECEIVED
____ENTERED ____SERVED ON
COUNSEL/PARTIES OF RECORD

APR 1 9 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:10-CR-356-LDG (VCF) |
| JOHN J. "JACK" WILLIAMS, | ) |
| Defendant. | ) |

## ORDER OF FORFEITURE

This Court found on January 13, 2012, that JOHN J. "JACK" WILLIAMS shall pay a criminal forfeiture money judgment of $965,000.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 982(a)(2)(A); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p). (Order of Forfeiture, ECF No. 228)

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from JOHN J. "JACK" WILLIAMS a criminal forfeiture money judgment in the amount of $965,000.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 982(a)(2)(A); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

DATED this _19_ day of _April_, 2012.

_____
UNITED STATES DISTRICT JUDGE