# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:10-cr-0356-LDG-LRL |
| v. | **ORDER** |
| JEANNIE SUTHERLAND, et al, | |
| Defendants. | |

THE COURT HEREBY ORDERS that Jeannie Sutherland be temporarily released from custody and that she shall self-surrender at the United States Marshal's Office on January 2, 2013, at 2:00 p.m. for completion of her sentence.

DATED this 30 day of November, 2012.

_____
Lloyd D. George
United States District Judge