# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL TOREN, et al,

    Defendants.

2:10-cr-0356-LDG-LRL

**ORDER**

THE COURT HEREBY ORDERS that defendant Toren's motion for judgment of acquittal (#278) is DENIED as moot.

DATED this \_\_9\_\_ day of September, 2013.

_____
Lloyd D. George
United States District Judge