DANIEL G. BOGDEN
United States Attorney
Nevada State Bar No. 2137
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada State Bar No. 1925
Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
Counsel for Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEANNIE SUTHERLAND,<br><br>Defendant. | 2:10-CR-356-LDG-(VCF) |

### NOTICE OF FILING PROOF OF PUBLICATION

Attached hereto is the proof of publication evidencing publication of the Notice on www.forfeiture.gov for the required period of time.

DATED: September 23, 2015.

DANIEL G. BOGDEN
United States Attorney

/s/ DANIEL D. HOLLINGSWORTH
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

# AFFIDAVIT

STATE OF NEVADA      )
                     ) ss
COUNTY OF CLARK      )

I, Mary Stolz, being duly sworn, depose and say the following:

I am an FSA Paralegal assigned to the United States Attorney's Office for the District of Nevada. This affidavit is made in support of a notice of publication filed in *United States v. Jeannie Sutherland*, 2:10-CR-356-LDG-(VCF).

Notice of Forfeiture was posted via the official government internet forfeiture site, www.forfeiture.gov, consecutively from August 20, 2015, through September 18, 2015, evidenced by the attached verified Advertisement Certification Report and the attached Notice. The publication of this Notice was reasonably calculated to notify all potential claimants.

_____
Mary Stolz
FSA Paralegal

STATE OF NEVADA      )
                     ) ss
COUNTY OF CLARK      )

Subscribed and sworn to (or affirmed) before me on September 23 2015, by Mary Stolz.

_____
NOTARY PUBLIC

KIM BUSH
NOTARY PUBLIC
STATE OF NEVADA
My Commission Expires: 8-6-2016
Certificate No: 12-8463-1

2



# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between August 20, 2015 and September 18, 2015. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Jeannie Sutherland

**Court Case No:**     2:10-CR-356-LDG-(VCF)
**For Asset ID(s):**     See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 08/20/2015 | 24.0 | Verified |
| 2 | 08/21/2015 | 24.0 | Verified |
| 3 | 08/22/2015 | 24.0 | Verified |
| 4 | 08/23/2015 | 24.0 | Verified |
| 5 | 08/24/2015 | 24.0 | Verified |
| 6 | 08/25/2015 | 24.0 | Verified |
| 7 | 08/26/2015 | 24.0 | Verified |
| 8 | 08/27/2015 | 24.0 | Verified |
| 9 | 08/28/2015 | 23.9 | Verified |
| 10 | 08/29/2015 | 24.0 | Verified |
| 11 | 08/30/2015 | 23.6 | Verified |
| 12 | 08/31/2015 | 24.0 | Verified |
| 13 | 09/01/2015 | 24.0 | Verified |
| 14 | 09/02/2015 | 24.0 | Verified |
| 15 | 09/03/2015 | 24.0 | Verified |
| 16 | 09/04/2015 | 24.0 | Verified |
| 17 | 09/05/2015 | 24.0 | Verified |
| 18 | 09/06/2015 | 24.0 | Verified |
| 19 | 09/07/2015 | 24.0 | Verified |
| 20 | 09/08/2015 | 24.0 | Verified |
| 21 | 09/09/2015 | 24.0 | Verified |
| 22 | 09/10/2015 | 24.0 | Verified |
| 23 | 09/11/2015 | 23.6 | Verified |
| 24 | 09/12/2015 | 24.0 | Verified |
| 25 | 09/13/2015 | 24.0 | Verified |
| 26 | 09/14/2015 | 24.0 | Verified |
| 27 | 09/15/2015 | 24.0 | Verified |
| 28 | 09/16/2015 | 24.0 | Verified |
| 29 | 09/17/2015 | 24.0 | Verified |
| 30 | 09/18/2015 | 23.6 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA
## COURT CASE NUMBER: 2:10-CR-356-LDG-(VCF); NOTICE OF FORFEITURE

Notice is hereby given that on July 06, 2015, in the case of <u>U.S. v. Jeannie Sutherland</u>, Court Case Number 2:10-CR-356-LDG-(VCF), the United States District Court for the District of Nevada entered an Order condemning and forfeiting the following property to the United States of America:

$5,000 in United States Currency

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (August 20, 2015) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, NV 89101, and a copy served upon Assistant United States Attorney Daniel Hollingsworth, 333 Las Vegas Boulevard South, Suite 5000, Las Vegas, NV 89101. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

## PROOF OF SERVICE

A copy of the foregoing was served upon pro se defendant on September 23, 2015 by

<u>First Class Mail</u>:

Jeannie Sutherland
5046 Spanish Hills Drive
Las Vegas, NV  89148

/s/ Mary Stolz
Mary Stolz
FSA Paralegal

3